Sandra K. McBeth, TRUSTEE
7343 El Camino Real # 185
Atascadero, CA  93422
(805) 464-2985
smcbeth@mcbethlegal.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN (SANTA BARBARA) DIVISION

| | |
|---|---|
| In Re:<br><br>WESTLAKE PRO INC<br><br><br>Debtor(s) | Case No: 1:25-BK-10453-MB<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR[11 USC 341(A)] |

COUNSEL: MADISON B OBERG

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **06/25/25 at 3:00PM**.

**DOCUMENT REVIEW**

All Debtors, Counsel and interested parties shall participate in this continued hearing on the date and time as set forth above.
**ZOOM Meeting ID: 902 575 1887 Passcode: 1216388636 Phone: 1 804 552 2201**
https://us02web.zoom.us/j/9025751887?pwd=Ny9NclNSVjhqVmNDd3gyUmhoOGVKdz09

The following are guidelines for participation in this ZOOM hearing:

1. Please connect to ZOOM with video. Make sure that there is minimal background noise;
2. Once you have connected to ZOOM, please mute yourself until your matter is called;
3. When your case is called, please unmute yourself, turn on your Video, and identify yourself.
   Make sure to speak in a loud, clear voice;
4. When your hearing is over, please disconnect from ZOOM.

Dated:    05/22/2025                           /s/ Sandra K. McBeth, Chapter 7 Trustee
                                               Sandra K. McBeth, TRUSTEE

On May 22, 2025, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail or served by the court via NEF to parties in this action that are on the Electronic Mail Notice List to receive NEF transmission. Debtor(s) was/were served at the address as follows:

WESTLAKE PRO INC
23837 LADRILLO ST
WOODLAND HILLS, CA  91367

Dated:    05/22/2025                           /s/ Donna Earnest
                                               Donna Earnest, Trustee Administrator